IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT CARLTON POWELL, III,**

    Petitioner,

v.                                                Case No. 1:17cv158-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The First Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, ECF No. 4, is **DENIED**. A Certificate of Appealability is **DENIED**. The Clerk shall close the

1

file.

**SO ORDERED on May 10, 2019.**

**s/Mark E. Walker            
Chief United States District Judge**
